HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CHRISTIAN DOSCHER,

                                    Plaintiff,

        v.

BETTY GOULD, in her individual capacity; and
THURSTON COUNTY,

                                    Defendants.

No.:  12-CV-05652-RBL

ORDER GRANTING DEFENDANTS'
MOTION FOR
SUMMARY JUDGMENT

This matter came before the Court on Defendants' motion for summary judgment dismissing

this matter on the basis that there are no genuine issues of material fact and that Plaintiffs' claims

have no basis in law.

The Court considered the pleadings filed in this action and the following documents:

1.      Defendants' Motion and Memorandum in Support of Summary Judgment;

2.      Declaration of Betty Gould in Support of Defendants' Motion for Summary Judgment;

3.      Declaration of Jane Futterman in Support of Defendants' Motion for Summary

Judgment;

4.      Plaintiff's Response to Defendants' Motion for Summary Judgment and

accompanying Declarations, if any;

Based on the evidence presented, the Court finds that Plaintiff has failed to establish any

genuine issues of material fact and the Defendants are entitled to dismissal of the claims against them

as a matter of law.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 1
Case No. 12-CV-05652-RBL
H:\ORDERS\Doscher Order on SJ.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
360/786-5574   FAX  360/709-3006

1       IT IS HEREBY ORDERED that the Defendants' motion for summary judgment is granted

2   and Plaintiff's claims are hereby dismissed with prejudice.

3       DATED this 23rd day of April, 2013.

4

5

6   _____

7   RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11  JON TUNHEIM
    PROSECUTING ATTORNEY

12

13      /s/ Jane Futterman

    _____

14  JANE FUTTERMAN, WSBA #24319
    Senior Deputy Prosecuting Attorney

15  Civil Division - Building No. 5
    2000 Lakeridge Drive SW

16  Olympia, WA  98502
    Phone:  (360)786-5574

17  futterj@co.thurston.wa.us
    Attorney for Defendants

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 2
Case No. 12-CV-05652-RBL
H:\ORDERS\Doscher Order on SJ.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
360/786-5574   FAX  360/709-3006