HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CHRISTIAN DOSCHER,

    Plaintiff,

v.

BETTY GOULD, in her individual capacity; and THURSTON COUNTY,

    Defendants.

No.: 12-CV-05652-RBL

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on Defendants' motion for summary judgment dismissing this matter on the basis that there are no genuine issues of material fact and that Plaintiffs' claims have no basis in law.

The Court considered the pleadings filed in this action and the following documents:

1. Defendants' Motion and Memorandum in Support of Summary Judgment;

2. Declaration of Betty Gould in Support of Defendants' Motion for Summary Judgment;

3. Declaration of Jane Futterman in Support of Defendants' Motion for Summary Judgment;

4. Plaintiff's Response to Defendants' Motion for Summary Judgment and accompanying Declarations, if any;

Based on the evidence presented, the Court finds that Plaintiff has failed to establish any genuine issues of material fact and the Defendants are entitled to dismissal of the claims against them as a matter of law.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
Case No. 12-CV-05652-RBL
H:\ORDERS\Doscher Order on SJ.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA 98502
360/786-5574   FAX 360/709-3006

IT IS HEREBY ORDERED that the Defendants' motion for summary judgment is granted and Plaintiff's claims are hereby dismissed with prejudice.

DATED this 23rd day of April, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

JON TUNHEIM
PROSECUTING ATTORNEY

/s/ Jane Futterman
_____
JANE FUTTERMAN, WSBA #24319
Senior Deputy Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
Phone:  (360)786-5574
futterj@co.thurston.wa.us
Attorney for Defendants

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
Case No. 12-CV-05652-RBL
H:\ORDERS\Doscher Order on SJ.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
360/786-5574   FAX 360/709-3006